IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANDRA LYNN MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-3368-CV-S-GAF |
| | ) | |
| HARLAN HARCLERODE, JR. and | ) | |
| CHESTER W. MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFF SANDRA LYNN MARTIN'S MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT CHESTER W. MITCHELL

Now pending before the Court is Plaintiff Sandra Lynn Martin's Motion for Order of Dismissal With Prejudice of Claims Against Defendant Chester W. Mitchell. For good cause shown, it is

ORDERED that Plaintiff's claims against Defendant Chester W. Mitchell are dismissed with prejudice. Plaintiff's claims against Defendant Harlan Harclerode, Jr. remain active and pending.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: July 21, 2010